**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VINO KUMAR SAVAL and GITA
KAMALA NANIKRAM,
                  *Petitioners,*

            v.

ERIC H. HOLDER JR., Attorney
General,

                  *Respondent.*

No. 05-75622

Agency Nos.
A071-950-956
A071-950-957

ORDER

Filed May 5, 2011

Before: John T. Noonan, M. Margaret McKeown[1], and
Consuelo M. Callahan, Circuit Judges.

---

## ORDER

Respondent's motion to vacate the judgment is granted. The opinion and dissent filed on September 23, 2010 are hereby withdrawn.

---

[1]Judge McKeown was drawn to replace Judge Hall on this panel after her death.